UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Hahnel,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Santander Consumer,<br>    *Defendant.* | Civil No. 3:12cv1359  (JBA) |

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that no further action in this matter is required.  This case will now be dismissed without prejudice.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by August 19, 2013.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel in resolving this matter.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 18th day of July, 2013.