UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HAHNEL, | : |
|                     *Plaintiff,* | : CIVIL ACTION NO: 12-cv-1359 (JBA) |
| v. | : |
| SANTANDER CONSUMER USA, INC. a/k/a DRIVE FINANCIAL SERVICES, LP, | : |
|                     *Defendant.* | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff William Hahnel and Defendant Santander Consumer USA, Inc. that this action be dismissed with prejudice and without costs to either party. The parties hereby petition the Court for an Order directing that judgment be entered accordingly.

Dated: 8/6/13

By _[signature]_
William Hahnel
169 Old Colchester Road
Salem, CT 06420

By _[signature]_
Michael T. Grant, (ct27968)
LeClairRyan, P.C.
One International Place, 11th Floor
Boston, MA 02110
Tel: (617) 502-8200
Fax: (617) 502-8201
michael.grant@leclairrryan.com

**Counsel for Santander Consumer USA, Inc.**

**Counsel for Edwards Wildman
Palmer LLP and Santander
Consumer USA, Inc.**